UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STEPHEN G. MATTIS,<br><br>            Petitioner,<br><br>      v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>            Respondents. | Civil Case No. 08-5393(RMB)<br><br>**O R D E R**<br>(CLOSED) |

For the reasons set forth in the Opinion filed herewith,

IT IS on this **14th** day of **January** 2009,

**ORDERED** that the Petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and it is further

**ORDERED** that no Certificate of Appealability shall issue; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
